UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-89969-Cr-ZLOCH/ROSENBAUM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GILBERTO JORDAN,

    Defendant.
_____/

## JOINT MOTION FOR PROTECTIVE ORDER

The United States, by and through the undersigned attorney and the Assistant United States Attorney, and Defendant, by and through his counsel of record, hereby jointly respectfully request that the Court enter a protective order with regard to certain documents that are statements of, or that contain information about, individuals whose family members were victims of the massacre that took place at the village of Dos Erres, Guatemala, or any witnesses to or concerning that massacre. The security of all of these individuals, who are located outside of the United States, is vulnerable. The protective order (the "Order") that the parties seek would impose the following conditions and procedures with respect to the aforementioned set of documents:

    1.    The United States shall designate information as subject to this Order by marking documents "Protected Material."

    2.    All portions of transcripts of depositions, exhibits, motions or other documents or materials that constitute or contain information designated as subject to this Order shall be served

upon counsel for Defendant in sealed envelopes or other appropriate sealed containers on which shall be endorsed the caption of this action, the words "under seal," and a statement substantially in the following form: "This envelope [or sealed container] contains documents that are subject to a protective order and is not to be opened except pursuant to the provisions of that order." Documents so produced shall be maintained in the labeled envelopes or containers to give notice that they are protected by the Court's Order. Documents constituting or containing information designated as subject to this Order that are filed with the Court shall be filed under seal.

3. The right of access to all documents and information subject to the Court's Order shall be limited to the parties, to include the spouse of Defendant, counsel of record for the parties, other legal support staff working for and under the direction of counsel of record for the parties, Defendant's immigration counsel and legal support staff working for and under the direction of Defendant's immigration counsel, and the Court and Court staff. Any person having access to a document or information subject to the Court's Order shall be informed that it is confidential and subject to a non-disclosure order by this Court and shall be provided with a copy of the Court's Order.

4. No person having access to information or documents subject to the Court's Order shall disclose any portion of the information or documents to any person other than the persons encompassed by Paragraph 3 herein, absent further order of the Court or stipulation by the parties.

5. Within sixty (60) days of the conclusion of this action, final appeals therefrom, removal proceedings or final appeals therefrom, counsel for Defendant shall destroy or return to the United States all documents, copies of documents, and tangible things designated by the

United States as subject to the Court's Order and produced to Defendant's counsel.

6. The Court's Order shall not be construed as affecting the ability of the parties to introduce the documents, materials, or testimony subject to the Court's Order into evidence at the trial of this action.

7. This Order is without prejudice to the rights of any party to make any objections permitted by the Federal Rules of Evidence.

8. In the event any material subject to the Court's Order is used in any court proceeding in this action, the parties shall take all steps necessary to ensure the confidentiality of such material.

9. Any or all provisions of the Court's Order may be terminated or modified at any time by order of this Court.

Respectfully submitted,

FOR THE UNITED STATES:

| | |
|---|---|
| WIFREDO A. FERRER<br>UNITED STATES ATTORNEY | LANNY A. BREUER<br>Assistant Attorney General |
| A. MARIE VILLAFANA<br>Assistant U.S. Attorney<br>Florida Bar No. 0018255<br>500 S. Australian Ave., Ste 400<br>West Palm Beach, FL 33401<br>ann.marie.c.villafana@usdoj.gov<br>Tel: (561) 209-1047<br>Fax: (561) 820-8777 | By: *s/Hillary A. Davidson*<br>Hillary A. Davidson<br>S.D. FL. A No. 5501440<br>DC Bar No. 445017<br>Human Rights & Special Prosecutions<br>Criminal Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>John C. Keeney Building, Ste 200<br>Washington, D.C. 20530<br>Tel: (202) 616-2492<br>Fax: (202) 616-2491<br>Hillary.Davidson@usdoj.gov |

FOR DEFENDANT:　　　　　　　　　　　KATHLEEN M. WILLIAMS
　　　　　　　　　　　　　　　　　　　FEDERAL PUBLIC DEFENDER


By:　*s/Robin C. Rosen-Evans by HAD*
　　　Robin C. Rosen-Evans
　　　Assistant Federal Public Defender
　　　Attorney for Defendant
　　　Florida Bar No. 438820
　　　450 Australian Ave. N., Suite 500
　　　West Palm Beach, FL 33401
　　　Tel: (561) 833-6288
　　　Fax: (561) 833-0368
　　　Robin_Rosen-Evans@fd.org


## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification to the attorney of record for Defendant:

　　　Robin C. Rosen-Evans
　　　Assistant Federal Public Defender
　　　450 Australian Ave. N., Ste 500
　　　West Palm Beach, FL 33401
　　　Robin_Rosen-Evans@fd.org


　　　*s/Hillary A. Davidson*
　　　HILLARY A. DAVIDSON
　　　U.S. Department of Justice